**United States District Court**
For the Northern District of California



FILED

APR 2 0 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. MARTIN,<br><br>  Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>  Respondent. | No. C 11-00039 JW (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, this action is DISMISSED without prejudice to petitioner filing a civil rights action under 42 U.S.C. § 1983. Judgment is entered accordingly.

The clerk shall close the file.

DATED: April 15, 2011

JAMES WARE
United States District Chief Judge

Judgment
P:\PRO-SE\SJ.JW\HC.11\00039Martin_judgment.wpd